**Order entered July 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00859-CV

**NAUTIC MANAGEMENT VI, L.P., Appellant**

**V.**

**CORNERSTONE HEALTHCARE GROUP HOLDINGS, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04339**

## ORDER

The Court has before it appellant's motion to stay discovery and pretrial proceedings pending interlocutory appeal and appellee's response to that motion. The Court **GRANTS** the motion and **ORDERS** that all discovery and pretrial proceedings related to appellant be stayed. This stay shall remain in place until further order of this Court.

/s/     ELIZABETH LANG-MIERS
          JUSTICE